**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY A. ROSENBERG,              )      NO. ED CV 12-4032-GHK(E)
                                   )
          Plaintiff,               )
                                   )
     v.                            )      ORDER ACCEPTING FINDINGS,
                                   )
COMMISSIONER OF SOCIAL             )      CONCLUSIONS AND RECOMMENDATIONS
SECURITY (MICHAEL ASTRUE),         )
et al.,                            )      OF UNITED STATES MAGISTRATE JUDGE
                                   )
          Defendants.              )
_____)

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the

Complaint, all of the records herein and the attached Report and

Recommendation of United States Magistrate Judge.  The Court accepts

and adopts the Magistrate Judge's Report and Recommendation.


     IT IS ORDERED that Judgment shall be entered dismissing the

action without prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on Plaintiff.

3

4        DATED:  _____11/5_____, 2012.

5

6                     _____

7                          GEORGE H. KING
                      CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28