**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFFREY A. ROSENBERG, | ) | NO. ED CV 12-4032-GHK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY (MICHAEL ASTRUE), et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: ___11/5___, 2012.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE